# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MAYADA ALDABBAGH,

      **Plaintiff,**

v.                                                **Case No:   6:19-cv-572-Orl-31EJK**

SECRETARY OF STATE, UNITED
STATES DEPARTMENT OF STATE and
AMBASSADOR, UNITED STATES
EMBASSY,

      **Defendants.**

---

## ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 15) filed by the Government.   The Government asserts that this action is barred by the doctrine of consular nonreviewability, which precludes judicial review of the decision of a consular officer to grant or deny a visa.   In her Complaint (Doc. 1), however, the Plaintiff is not seeking review of such a decision.   Rather, she seeks to compel the Government to decide one way or the other regarding her husband's visa application, which she alleges has remained pending administrative review for more than five years.   As the Plaintiff is not challenging the decision of a consular officer, the doctrine of consular nonreviewability does not apply in this case.   Accordingly, it is hereby

      **ORDERED** that the Motion to Dismiss (Doc. 15) is **DENIED.**

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on July 31, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE